## Commonwealth *v.* Whitley, Appellant.

Before O'BRIEN, J., without a jury.

Argued November 14, 1974. *Larry P. Gaitens,* with him *Lucchino, Gaitens & Hough,* for appellant; *Robert L. Campbell,* Assistant District Attorney, with him *Robert L. Eberhardt,* Assistant District Attorney, *John M. Tighe,* First Assistant District Attorney, and *John J. Hickton,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.